STATE OF CONNECTICUT *v.* LARRY DAVIS
(11907)

DUPONT, C. J., and LAVERY and HEIMAN, Js.

Argued October 24—decision released November 15, 1994

*John T. Walkley,* special public defender, for the appellant (defendant).

*Leah Hawley,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Robert J. O'Brien,* supervisory assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.